AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## FOR THE SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL CASE

CARMEN BLANCO,

      Plaintiff,

vs.

MICHAEL W. MOORE, Secretary of the
FLORIDA DEPARTMENT OF CORRECTIONS,
in his Official Capacity, and
FLORIDA DEPARTMENT OF CORRECTIONS

      Defendants.

CASE NUMBER: **CIV-ZLOCH**

**00 - 6006**

**MAGISTRATE JUDGE
SELTZER**

TO: (Name and address of Defendant)

Florida Department of Corrections
By Serving: Michael W. Moore as Secretary of
the Florida Department of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew S. Henschel, Esq., at Henschel & Henschel, P.A., 951 N.E. 167th Street #205, North Miami Beach,
Florida 33162.

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of
the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You
must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_____
CLERK

_____
(BY) DEPUTY CLERK

_____
DATE