# United States District Court

FOR THE SOUTHERN DISTRICT OF FLORIDA

CARMEN BLANCO,

    Plaintiff,

vs.

MICHAEL W. MOORE, Secretary of the
FLORIDA DEPARTMENT OF CORRECTIONS,
in his Official Capacity, and
FLORIDA DEPARTMENT OF CORRECTIONS

    Defendants.
_____/

SUMMONS IN A CIVIL CASE

CASE NUMBER: CIV-ZLOCH
**00-6006**

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of Defendant)

MICHAEL W. MOORE, Secretary of the
Florida Department of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew S. Henschel, Esq., at Henschel & Henschel, P.A., 951 N.E. 167th Street #205, North Miami Beach, Florida 33162.

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Pierce Maddox
_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

3
BR