# United States District Court

## FOR THE SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL CASE

CARMEN BLANCO,

    Plaintiff,

vs.

CASE NUMBER: 00-6006 CIV-ZLOCH

MICHAEL W. MOORE, Secretary of the
FLORIDA DEPARTMENT OF CORRECTIONS,
in his Official Capacity, and
FLORIDA DEPARTMENT OF CORRECTIONS

    Defendants.
_____/

TO: (Name and address of Defendant)

Florida Department of Corrections
By Serving: Michael W. Moore as Secretary of
the Florida Department of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew S. Henschel, Esq., at Henschel & Henschel, P.A., 951 N.E. 167th Street #205, North Miami Beach, Florida 33162.

An answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**
CLERK

DATE

(BY) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TO BE SERVED:

CASE NO. 00-6006 CIV-ZLOCH

STATE OF FLORIDA DEPARTMENT OF CORRECTIONS
c/o Michael W. Moore, Secretary of Florida Dept. of Corrections
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| CARMEN BLANCO | vs | MICHAEL W. MOORE, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS; ET AL |

TYPE OF WRIT:   SUMMONS AND A COPY OF THE COMPLAINT

TYPE OF SERVICE

( X ) PUBLIC AGENCY: By delivering a true copy of the original thereof with date and hour of service thereon to which was attached a copy of the Plaintiff's pleadings to:   STATE OF FLORIDA DEPARTMENT CORRECTIONS, c/o Michael W. Moore, Secretary of Department of Corrections, by leaving a copy with Susan A. Maher, Deputy General Counsel, Office of General Counsel, authorized receiver of process.

I HEREBY CERTIFY AND RETURN THAT I RECEIVED THIS WRIT ON JANUARY 11, 2000, AT 4:45 P.M., AND SERVED SAME IN ACCORDANCE WITH THE TYPE SERVICE MARKED ABOVE, ON JANUARY 12, 2000, AT 11:30 A.M., IN TALLAHASSEE, LEON COUNTY, FLORIDA.

_____
THEODORE J. LEHMANN
Special Process Server No. 1 appointed by the Sheriff of
Leon County pursuant to Section 48.021, F.S.

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ DAY OF JANUARY, 2000, BY THEODORE J. LEHMANN, WHO IS PERSONALLY KNOWN TO ME.

_____
NOTARY PUBLIC