UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,	CASE NO. 00-6006-CIV-ZLOCH

    Plaintiff,	MAGISTRATE JUDGE SELTZER

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

    Defendants.
_____/



## NOTICE OF APPEARANCE

YOU ARE NOTIFIED that ELIZABETH M. RODRIGUEZ from the law firm of Kubicki Draper, hereby files this Notice of Appearance as counsel on behalf of the Defendants, MICHAEL W. MOORE, Secretary of the FLORIDA DEPARTMENT OF CORRECTIONS, in his Official Capacity, and FLORIDA DEPARTMENT OF CORRECTIONS, in the above-styled cause and hereby requests that all pleadings,

Blanco v. Moore, etc., et al.<br>
CASE NO. 00-6006-CIV-ZLOCH<br>
Page 2

notices, memoranda and any other writings or communications be furnished to the undersigned counsel.

        KUBICKI DRAPER
        Attorneys for Defendants
        City National Bank Building
        25 West Flagler Street, PH
        Miami, Florida   33130
        Tel: (305) 982-6612
        Fax. (305) 374-7846

        By: _____
          ELIZABETH M. RODRIGUEZ
          Florida Bar No. 821690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent by and by U.S. Mail this 2nd day of February, 2000, to: ANDREW S. HENSCHEL, ESQ., Henschel and Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, FL 33162.

        _____
        ELIZABETH M. RODRIGUEZ