UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH

CARMEN BLANCO,

    Plaintiff,

vs.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his
Official Capacity, and
FLORIDA DEPT. OF CORRECTIONS,

    Defendants.
_____/



**O R D E R**

    THIS MATTER is before the Court upon the Defendants, Michael W. Moore, Secretary of the Florida Department Of Corrections, in his Official Capacity, and the Florida Department Of Corrections', Motion To Dismiss And Supporting Memorandum Of Law, bearing file stamp of the Clerk of this Court dated February 23, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendants' aforementioned Motion To Dismiss be and the same is hereby **DENIED** without prejudice for failure to comply with Rule 7.1(A)(4) of the Local Rules of the United States District Court for the Southern



District of Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** that Elizabeth M. Rodriguez, Esquire, counsel of record for the Defendants, immediately upon receipt of same, shall provide copies of this Order to all counsel of record in the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge


Copy furnished:

Elizabeth M. Rodriguez, Esq.