UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,

    Plaintiff,

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

    Defendants.
_____/

CASE NO. 00-6006-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

FILED BY
FEB 29 AM 11:03

**MOTION FOR RECONSIDERATION OF MOTION TO DISMISS
OR RENEWED MOTION TO DISMISS AND SUPPORTING
<u>MEMORANDUM OF LAW</u>**

    Defendants, MICHAEL W. MOORE, Secretary of the FLORIDA DEPARTMENT OF CORRECTIONS, in his Official Capacity, and the FLORIDA DEPARTMENT OF CORRECTIONS, by and through their undersigned counsel, file this Motion for Reconsideration of Motion to Dismiss and Supporting Memorandum of Law or Renewed Motion to Dismiss and Supporting Memorandum of Law, and state as follows:

Blanco v. Moore, etc., et al.
CASE NO. 00-6006-CIV-ZLOCH
Page 2

In light of the Defendants' compliance with Rule 7.1(a)(4), Defendants respectfully request that this Court reconsider the Motion to Dismiss and Supporting Memorandum of Law served February 22, 2000 (Dkt. #7). The previously filed motion and memorandum of law are hereby incorporated in their entirety.

Respectfully submitted,

KUBICKI DRAPER
Attorneys for Defendants
City National Bank Building
25 West Flagler Street, PH
Miami, Florida   33130
Tel: (305) 982-6612
Fax. (305) 374-7846

By: _____
ELIZABETH M. RODRIGUEZ
Florida Bar No. 821690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion for Reconsideration was sent by and by U.S. Mail this 28th day of February, 2000, to: ANDREW S. HENSCHEL, ESQ., Henschel and Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, FL 33162.

_____
ELIZABETH M. RODRIGUEZ