UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,                          CASE NO. 00-6006-CIV-ZLOCH

    Plaintiff,                       MAGISTRATE JUDGE SELTZER

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

    Defendants.
_____/



## NOTICE OF COMPLIANCE

Defendants, MICHAEL W. MOORE, Secretary of the FLORIDA DEPARTMENT OF CORRECTIONS, in his Official Capacity, and the FLORIDA DEPARTMENT OF CORRECTIONS, by and through their undersigned counsel, attach envelopes in compliance with Rule 7.1(A)(4) inadvertently omitted from their filing of the Motion to Dismiss and Supporting Memorandum of Law.

Blanco v. Moore, etc., et al.<br>
CASE NO. 00-6006-CIV-ZLOCH<br>
Page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Compliance sent by and by U.S. Mail this 28th day of February, 2000, to: ANDREW S. HENSCHEL, ESQ., Henschel and Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, FL 33162.

                KUBICKI DRAPER
                Attorneys for Defendants
                City National Bank Building
                25 West Flagler Street, PH
                Miami, Florida   33130
                Tel: (305) 982-6612
                Fax. (305) 374-7846

By: _____
      ELIZABETH M. RODRIGUEZ
      Florida Bar No. 821690