COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CARMEN BLANCO,                                    CASE NO: 00-6006-CIV-ZLOCH

    Plaintiff,

vs.

MICHAEL W. MOORE, Secretary of the
FLORIDA DEPARTMENT OF CORRECTIONS,
in his Official Capacity, and
FLORIDA DEPARTMENT OF CORRECTIONS

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

TO:    Elizabeth Rodriguez, Esq.
        25 West Flagler Street, PH
        Miami, Florida 33130

The undersigned attorney of record for Plaintiff, CARMEN BLANCO, hereby gives notice that he will be absent from the jurisdiction from Monday March 27, 2000 through Tuesday, April 4, 2000, and respectfully requests that neither the Clerk, the Court, nor any of the parties to this action set any matters which would require his presence during that time. Further, the undersigned requests that should any proceedings, matters, court orders or responses fall due during that time frame that this notice act as a Motion for Extension of Time, or a Protective Order regarding those matters.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered, by mail, this __6__ day of March, 2000 to the Clerk of the Court and the above addressee.

                                          HENSCHEL & HENSCHEL, P.A.
                                        951 N. E. 167th Street #205
                                        North Miami Beach, FL 33162
                                        Phone: (305) 999-9398
                                        Fax:   (305) 999-0181

                                        By: _____
                                        Andrew S. Henschel, Esq
                                        Florida Bar No. 852503