UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH

CARMEN BLANCO,

      Plaintiff,

vs.                                 **O R D E R**

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT OF
CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT.
OF CORRECTIONS,

      Defendants.
_____/



FILED by _____ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

      THIS MATTER is before the Court upon the Defendants, Michael W. Moore, Secretary of the Florida Department of Corrections, in his Official Capacity, and the Florida Department of Corrections' Motion For Reconsideration Of Motion To Dismiss Or Renewed Motion To Dismiss (DE 9). The Court has carefully considered the merits of said Motion and the entire Court file herein, and is otherwise fully advised in the premises.

      On February 29, 2000, the Defendants filed the aforementioned Motion (DE 9). Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, the Plaintiff was required to respond to said Motion within ten days after service. Local Rule 7.1 provides:

> **C. Memoranda of Law.** Each party opposing a motion shall serve an opposing memorandum of law not later than ten days after service of the motion as computed in the Federal Rule of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.

The Court has carefully reviewed the entire Court file herein and notes that no response has yet been filed by the Plaintiff in response to the Defendants' aforementioned Motion (DE 9).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before <u>Thursday, March 30, 2000</u>, the Plaintiff, Carmen Blanco, shall file with the Clerk of this Court an opposing Memorandum of Law in response to the Defendants' aforementioned Motion (DE 9). Upon the failure of the Plaintiff to comply with the provisions of this Order, the Court may grant the Defendants' aforementioned Motion (DE 9) without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March, 2000.

WILLIAM J. ZLOCH<br>
United States District Judge

Copies furnished:

Andrew Henschel, Esq.
For Plaintiff

Elizabeth M. Rodriguez, Esq.
For Defendant