UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH

CARMEN BLANCO,

    Plaintiff,

vs.                          **O R D E R**

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT OF
CORRECTIONS, in his Official
Capacity, and FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/



    THIS MATTER is before the Court upon the Plaintiff, Carmen Blanco's Request For Enlargement Of Time Within Which To File A Response To Defendant's Renewed Motion To Dismiss, bearing file stamp of the Clerk of this Court dated March 30, 2000. The Court having carefully reviewed said Motion and the entire Court file herein, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Plaintiff, Carmen Blanco's aforementioned Request For Enlargement Of Time Within Which To File A Response To Defendant's Renewed Motion To Dismiss be and the same is hereby **DENIED** without prejudice for failure to comply with Local Rule 7.1A4 of the Local Rules of the United States District Court for the Southern District of Florida.

    **IT IS FURTHER ORDERED AND ADJUDGED** <u>that immediately upon receipt of same, Andrew Henschel , Esquire, counsel of record for the Plaintiff, shall provide copies of this Order to all counsel of</u>



**record in the above-styled cause**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of _____, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Andrew Henschel, Esq.
For Plaintiff