UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CARMEN BLANCO,

CASE NO: 00-6006-CIV-ZLOCH

Plaintiff,

vs.

MICHAEL W. MOORE, Secretary of the
FLORIDA DEPARTMENT OF CORRECTIONS,
in his Official Capacity, and
FLORIDA DEPARTMENT OF CORRECTIONS

Defendants.
_____/

## NOTICE OF UNAVAILABILITY

TO: Elizabeth Rodriguez, Esq.
25 West Flagler Street, PH
Miami, Florida 33130

The undersigned attorney of record for Plaintiff, CARMEN BLANCO, hereby gives notice that he will be absent from the jurisdiction from Friday June 30, 2000 through Friday, July 7, 2000, and respectfully requests that neither the Clerk, the Court, nor any of the parties to this action set any matters which would require his presence during that time. Further, the undersigned requests that should any proceedings, matters, court orders or responses fall due during that time frame that this notice act as a Motion for Extension of Time, or a Protective Order regarding those matters.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered, by mail, this 31 day of May, 2000 to the Clerk of the Court and the above addressee.

HENSCHEL & HENSCHEL, P.A.
951 N. E. 167th Street #205
North Miami Beach, FL 33162
Phone: (305) 999-9398
Fax: (305) 999-0181

By: _____
Andrew S. Henschel, Esq
Florida Bar No. 852503