UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH



CARMEN BLANCO,

    Plaintiff,

vs.                               **ORDER TO SHOW CAUSE**

MICHAEL MOORE, Secretary of
the FLORIDA DEPARTMENT OF
CORRECTIONS, in his Official
Capacity, and FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendants.
_____/

    THIS MATTER came before the Court sua sponte, there having been no activity in this cause since March 30, 2000 as to the Defendant, Florida Department of Corrections. Therefore, it is hereby

    **ORDERED AND ADJUDGED** that the Plaintiff, Carmen Blanco, shall file in the office of the Clerk of the Court, Fort Lauderdale Division, at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and show cause to this Court on or before ten (10) calendar days from the date of this Order, why the Plaintiff's Complaint as to the above-named Defendant should not be dismissed for lack of prosecution,



pursuant to Rule 41.1 of the Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of July, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Andrew Henschel, Esq.
For Plaintiff

Elizabeth Rodriguez, Esq.
For Defendant