```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 00-6006-CIV-ZLOCH
```

CARMEN BLANCO,

     Plaintiff,

vs.                             **FINAL ORDER OF DISMISSAL**

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Defendant.
_____/

     THIS MATTER is before the Court pursuant to Order To Show Cause Why Case Should Not Be Dismissed For Lack Of Prosecution (DE 17), previously entered herein on July 17, 2000, and directed to the Plaintiff to show cause as to why Plaintiff's Complaint in the above-styled cause should not be dismissed for lack of prosecution, and the Plaintiff having failed to file any response to the Court's Order aforementioned, and the Court noting that the last activity in the above-styled cause took place on March 30, 2000, and the Court having reviewed the court file and being otherwise fully advised in the premises, it is

     **ORDERED AND ADJUDGED** that the Plaintiff's Complaint in the above-styled cause be and the same is hereby **DISMISSED** without prejudice, for want of prosecution pursuant to Rule 41.1 of the



Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of July, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Andrew Henschel, Esq.
For Plaintiff

Elizabeth Rodriguez, Esq.
For Defendant