UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

JUL 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CARMEN BLANCO,

CASE NO: 00-6006-CIV-ZLOCH

Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS

Defendant.
_____/

## MOTION FOR DEFAULT JUDGMENT

Plaintiff moves for entry of a default judgment against Defendant for failure to serve or file a written response to Count I of Plaintiff's Complaint as required by law.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered, by mail, this _20_ day of July, 2000 to Elizabeth Rodriguez, Esq. 25 West Flagler Street, PH, Miami, Florida 33130 the Clerk of the Court.

HENSCHEL & HENSCHEL, P.A.
951 Northeast 167th Street #205
North Miami Beach, FL 33162
Phone:        (305) 999-9398
Facsimile:    (305) 999-0181

By: _____
Andrew S. Henschel, Esquire
Florida Bar No. 852503