UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA **COPIES NOT PROVIDED**

Fort Lauderdale Division

CARMEN BLANCO,                    CASE NO: 00-6006-CIV-ZLOCH

    Plaintiff,                        Magistrate Seltzer

vs.

FLORIDA DEPARTMENT OF CORRECTIONS.

    Defendant.
_____/

FILED by _____ D.C.
JUL 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, CARMEN BLANCO, by and through her undersigned counsel and hereby replies to the affirmative defenses set forth by Defendant, FLORIDA DEPARTMENT OF CORRECTIONS;

The Plaintiff hereby denies each and every affirmative defense set forth and demands strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered, by mail, this 28 day of July, 2000 to Elizabeth Rodriguez, Esq. 25 West Flagler Street, PH, Miami, Florida 33130 the Clerk of the Court.

By _____
Andrew S. Henschel, Esq.
FBN 852503

HENSCHEL & HENSCHEL, P.A.
951 Northeast.167th Street, Suite 205
North Miami Beach, Florida 33162
Telephone (305)999-9398
Facsimile (305)999-0181