UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,    CASE NO. 00-6006-CIV-ZLOCH

Plaintiff,    MAGISTRATE JUDGE SELTZER

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

Defendants.
_____/

## NOTICE OF UNAVAILABILITY

Elizabeth M. Rodriguez, counsel of record in the above-captioned matter states as follows:

1. That undersigned counsel will be out of the country and will be otherwise unavailable from October 21 to November 13, 2000, and therefore, requests that no hearings, discovery actions or other matters whatsoever be scheduled during this time period.

Blanco v. Moore, etc., et al.
CASE NO. 00-6006-CIV-ZLOCH
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing were mailed this 2nd day of August, 2000, to: ANDREW S. HENSCHEL, ESQ., Henschel and Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, FL 33162.

KUBICKI DRAPER
Attorneys for Defendant DOC
25 West Flagler Street, Penthouse
City National Bank Building
Miami, Florida 33130
Telephone: (305) 982-6612
Fax: (305) 374-7846

By: _____
ELIZABETH M. RODRIGUEZ
Florida Bar # 821690