UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CARMEN BLANCO,

CASE NO: 00-6006-CIV-ZLOCH

Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,

Defendant.
_____/

## PLAINTIFF'S MOTION TO RECONSIDER ORDER OF DISMISSAL

Plaintiff, CARMEN BLANCO, by and through her undersigned attorneys, files this, her motion to reconsider the Court's Final Order of Dismissal dated July 19, 2000, and in support thereof states as follows:

1. Plaintiff received the Court's Order to Show Cause dated July 7, 2000.

2. In calendaring the due date of the response, Counsel was guided by Rule 6, Fed. R. Civ. P., and Local Rule 6(a), S.D. Fla. L. R., and therefore believed a response was due on or before July 21, 2000.

3. On July 20, Plaintiff's counsel filed a response to the Court's Order. (A copy of Plaintiff's Response to Order to Show Cause is attached hereto as Exhibit "A").

4. On July 21, prior to the Court's consideration of Plaintiff's response, Plaintiff's counsel received a Final Order of Dismissal.

5. Plaintiff will be unduly prejudiced should this case be dismissed, as she will be barred from refiling the case due to the applicable statute of limitations.

WHEREFORE, Plaintiff respectfully requests that this Court reconsider its Final Order of Dismissal and consider timely Plaintiff's response to the July 7, 2000 Order to Show Cause.

Respectfully submitted,

HENSCHEL & HENSCHEL, P.A.
951 Northeast 167th Street #205
North Miami Beach, FL 33162
Phone: (305) 999-9398
Facsimile: (305) 999-0181

By: _____
Andrew S. Henschel, Esquire
Florida Bar No. 852503

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered, by mail, this ____ day of August, 2000 to Elizabeth Rodriguez, Esq. 25 West Flagler Street, PH, Miami, Florida 33130 the Clerk of the Court.

_____
Andrew S. Henschel, Esquire
Florida Bar No. 852503