UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,  CASE NO. 00-6006-CIV-ZLOCH

Plaintiff,  MAGISTRATE JUDGE SELTZER

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

Defendants.
_____/

## NOTICE OF STIPULATION OF MEDIATOR

Defendants, MICHAEL W. MOORE, Secretary of the FLORIDA DEPARTMENT OF CORRECTIONS, in his Official Capacity, and FLORIDA DEPARTMENT OF CORRECTIONS, by and through the undersigned counsel, hereby gives notice that the parties have stipulated to the selection of the following mediator in the above-styled matter:

> Leslie Langbein, Esq.
> Langbein & Langbein, P.A.
> 20801 Biscayne Blvd., Suite 506
> Aventura, Florida 33180
> Telephone: (305) 936-8844
> Facsimile: (305) 936-1804



Blanco v. Florida Dept. of Corrections, et al.
Case No. 00-6006-CIV-ZLOCH
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent by and by U.S. Mail this 29th day of December, 2000, to: ANDREW S. HENSCHEL, ESQ., Henschel and Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, Florida 33162 and LESLIE LANGBEIN, ESQ., Langbein & Langbein, P.A., 20801 Biscayne Blvd., Suite 506, Aventura, Florida 33180.

                KUBICKI DRAPER
                Attorneys for Defendants
                City National Bank Building
                25 West Flagler Street, PH
                Miami, Florida 33130
                Tel: (305) 982-6612
                Fax. (305) 374-7846

By: _____
                ELIZABETH M. RODRIGUEZ
                Florida Bar No. 821690