

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CARMEN BLANCO,

    Plaintiff,

Case No. 00-6006-CIV-ZLOCH

v.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

**MEDIATOR'S REPORT**

The parties appeared at mediation with their respective counsel on March 22, 2001. The session resulted in an impasse.

        Leslie W. Langbein, Mediator
        LANGBEIN & LANGBEIN, P.A.
        20801 Biscayne Blvd, Suite 506
        Miami, FL 33180
        Tel: (305) 936-8844
        Fax:(305) 936-9840
        E-mail : langbeinpa@aol.com

### CERTIFICATE OF SERVICE

A copy of this report has been sent to Andrew Henschel, Esq., 951 NE 167 St., Suite 205, N. Miami Beach, FL 33162 and to Elizabeth Rodriguez, Esq., 25 W. Flagler St, PH, Miami, FL on March 27, 2001

By: _____
    Leslie W. Langbein, Esq.
    Fla. Bar No. 305391