UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Fort Lauderdale Division

CARMEN BLANCO,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

CASE NO: 00-6006-CIV-ZLOCH

## NOTICE OF UNAVAILABILITY

TO: Elizabeth M. Rodriguez, Esquire,
    25 West Flagler Street, PH,
    Miami, Florida 33130.

The undersigned attorney of record for Plaintiff, hereby gives notice that he will be absent from the jurisdiction from Thursday June 28, 2001 through Monday, July 9, 2001, and respectfully requests that neither the Clerk, the Court, nor any of the parties to this action set any matters which would require his presence during that time. Further, the undersigned requests that should any proceedings, matters, court orders or responses fall due during that time frame that this notice act as a Motion for Extension of Time, or a Protective Order regarding those matters.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished sent by U.S. Mail on this _6_ day of June, 2001 to: Elizabeth M. Rodriguez, Esquire, 25 West Flagler Street, PH, Miami, Florida 33130.

    HENSCHEL & HENSCHEL, P.A.
    Attorneys for Plaintiff
    951 Northeast 167th Street, Suite 205
    North Miami Beach, Florida 33162
    Telephone: (305) 999-9398
    Facsimile: (305) 999-0181

    By: _____
    Andrew S. Henschel, Esquire
    Florida Bar Number, 852503