NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2.

FILED BY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,                          CASE NO. 00-6006-CIV-ZLOCH

Plaintiff,                              MAGISTRATE JUDGE SELTZER

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

Defendants.
_____/

## NOTICE OF UNAVAILABILITY

TO: Andrew S. Henschel, Esq.
    Henschel and Henschel, P.A.
    951 NE 167 Street, Suite 205
    North Miami Beach, Florida 33162

The undersigned attorney of record for Defendants hereby gives notice that she will be absent from the jurisdiction from August 1, 2001 through August 5, 2001, and respectfully requests that neither the Clerk, the Court, nor any of the parties to this action set any matters which would require her presence during that time. Further, the undersigned requests that should any proceedings, matters, court orders or responses fall due during that time frame that this notice act as a Motion for Extension of Time,

34

Blanco v. Florida Dept. of Corrections, et al.
Case No. 00-6006-CIV-ZLOCH
Page 2

or a Protective Order regarding those matters.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Unavailability was mailed this 15th day of June, 2001, to: Andrew S. Henschel, Esq., Henschel & Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, Florida 33162.

> KUBICKI DRAPER
> Attorneys for Defendants
> City National Bank Building
> 25 West Flagler Street, PH
> Miami, Florida 33130
> Tel: (305) 982-6612
> Fax. (305) 374-7846
>
> By: _____
> ELIZABETH M. RODRIGUEZ
> Florida Bar No. 821690