UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARMEN BLANCO,                          CASE NO. 00-6006-CIV-ZLOCH

    Plaintiff,                        MAGISTRATE JUDGE SELTZER

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

TO: Andrew S. Henschel, Esq.
    Henschel and Henschel, P.A.
    951 NE 167 Street, Suite 205
    North Miami Beach, Florida 33162

The undersigned attorney of record for Defendants hereby gives notice that she will be unavailable due to a three to four week trial commencing on July 9, 2001 in the case of *Linda Chapman v. The State of Florida*; Case No.: 96-23274 CA 09, before Honorable Harold Soloman, from July 9, 2001 through July 31, 2001, and maybe continuing through to August 10, 2001, and respectfully requests that neither the Clerk, the Court, nor any of the parties to this action set any matters which would require her

*Blanco v. Florida Dept. of Corrections, et al.*
Case No. 00-6006-CIV-ZLOCH
Page 2

presence during that time. Further, the undersigned requests that should any proceedings, matters, court orders or responses fall due during that time frame that this notice act as a Motion for Extension of Time, or a Protective Order regarding those matters.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Unavailability was mailed this 3rd day of July, 2001, to: Andrew S. Henschel, Esq., Henschel & Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, Florida 33162.

>KUBICKI DRAPER
>Attorneys for Defendant Florida Department
>Of Corrections
>City National Bank Building
>25 West Flagler Street, PH
>Miami, Florida   33130
>Tel: (305) 982-6612
>Fax. (305) 374-7846
>
>By: _____
>ELIZABETH M. RODRIGUEZ
>Florida Bar No. 821690