UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH

CARMEN BLANCO,

Plaintiff,

vs.

MICHAEL W. MOORE, Secretary of the FLORIDA DEPARTMENT OF CORRECTIONS, in his official capacity, and FLORIDA DEPARTMENT OF CORRECTIONS,

Defendants.
_______________________________/




**O R D E R**

THIS MATTER is before the Court upon the Defendant, Florida Department of Corrections' Motion For Summary Judgment (DE 36). The Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

On July 17, 2001, Florida Department of Corrections filed the aforementioned Motion For Summary Judgment (DE 36). Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida the Plaintiff was required to respond to said Motion within ten days after service. Local Rule 7.1 provides:

> **C. Memoranda of Law.** Each party opposing a motion shall serve an opposing memorandum of law not later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.

The Court has carefully reviewed the entire Court file herein and notes that no response has yet been filed by the Plaintiff in response to the aforementioned Motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before Monday, August 13, 2001, the Plaintiff shall file with the Clerk of this Court an opposing Memorandum of Law in response to Florida Department of Corrections' Motion For Summary Judgment (DE 36). Upon the failure of the Plaintiff to comply with the provisions of this Order, the Court may grant the aforementioned Motion without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of August, 2001.

William J. Zloch

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Andrew S. Henschel, Esq.
For Plaintiff

Elizabeth M. Rodriguez, Esq.
For Defendants

Order Tl to file A Respone to DE 36. 8/13

BSS

U.S. District Court
FLS - Southern District of Florida FtLauderdale

CIVIL DOCKET FOR CASE #: 00-CV-6006

Blanco v. Corrections Dept-FL
Assigned to: William J. Zloch
Demand: $0
Lead Docket: None
Dkt # in other court: None

Filed: 01/04/00

Nature of Suit: 442
Jurisdiction: Federal Question

Cause: 28:1343 Violation of Civil Rights

CARMEN BLANCO
plaintiff

Elizabeth Mercedes Rodriguez
FTS 374-7846
305-982-6612
[COR LD NTC]
Kubicki Draper
City National Bank Building
25 W Flagler Street
Penthouse
Miami, FL 33130-1712
305-982-6603

Andrew Scott Henschel
FTS 999-0181
[COR LD NTC]
Henschel & Henschel
951 NE 167th Street
Suite 204
North Miami Beach, FL 33162
305-999-9398

v.

FLORIDA DEPARTMENT OF CORRECTIONS, Michael W. Moore, Secretary of the Florida Department of Corrections, in his official capacity
defendant

Elizabeth Mercedes Rodriguez
FTS 374-7846
305-982-6612
[COR LD NTC]
Kubicki Draper
City National Bank Building
25 W Flagler Street
Penthouse
Miami, FL 33130-1712
305-982-6603

-------------------------

--------------------------------

01/04/00 1 COMPLAINT filed; FILING FEE $150.00 RECEIPT # 518211;