UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH

CARMEN BLANCO,

      Plaintiff,

vs.                          **O R D E R**

MICHAEL W. MOORE, Secretary of
the FLORIDA DEPARTMENT OF
CORRECTIONS, in his official
capacity, and FLORIDA
DEPARTMENT OF CORRECTIONS,

      Defendants.
_____/



    THIS MATTER is before the Court upon the Defendant, Florida
Department of Corrections' Motion For Summary Judgment (DE 36).
The Court has carefully reviewed said Motion and is otherwise fully
advised in the premises.

    On July 17, 2001, Florida Department of Corrections filed the
aforementioned Motion For Summary Judgment (DE 36).  Pursuant to
the Federal Rules of Civil Procedure and the Local Rules of the
United States District Court for the Southern District of Florida
the Plaintiff was required to respond to said Motion within ten
days after service.   The Court notes that by prior Order (DE 37)
this Court directed the Plaintiff to file an opposing Memorandum of
Law in response to Defendant's Motion For Summary Judgment (DE 37)
by August 13, 2001.  However, no response has been filed with the
Clerk of this Court as of the date of this Order.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before Tuesday, September 4, 2001, the Plaintiff shall file with the Clerk of this Court an opposing Memorandum of Law in response to Defendant, Florida Department of Corrections' Motion For Summary Judgment (DE 37). Upon the failure of the Plaintiff to comply with the provisions of this Order, the Court will grant the aforementioned Motion without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Andrew S. Henschel, Esq.
Plaintiff

Elizabeth M. Rodriguez, Esq.
For Defendants