UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6006-CIV-ZLOCH

CARMEN BLANCO,

    Plaintiff,

vs.

MICHAEL W. MOORE, Secretary of
the FLORIDA DEPARTMENT OF
CORRECTIONS, in his Official
Capacity, and FLORIDA
DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

**O R D E R**



THIS MATTER is before the Court upon the Defendant, Florida Department of Corrections' Unopposed Motion For Extension Of Time, bearing file stamp of the Clerk of this Court dated September 17, 2001. The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Florida Department of Corrections' Unopposed Motion For Extension Of Time be and the same is hereby **GRANTED**, and the Defendant shall have up to and including Thursday, September 20, 2001 in which to file its Reply To Plaintiff's Response To DOC's Motion For Summary Judgment with the



Clerk of this Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____18th____ day of September, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Andrew S. Henschel, Esq.
For Plaintiff

Elizabeth M. Rodriguez, Esq.
For Defendant