UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NIGHT BOX
FILED
OCT - 2 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

CARMEN BLANCO,

Plaintiff,

v.

MICHAEL W. MOORE, Secretary
of the FLORIDA DEPARTMENT
OF CORRECTIONS, in his Official
Capacity, and FLORIDA DEPT. OF
CORRECTIONS,

Defendants.
_____/

CASE NO. 00-6006-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

## OFFER OF JUDGMENT

Defendant, MICHAEL W. MOORE and FLORIDA DEPARTMENT OF CORRECTIONS, by and through the undersigned counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby their Offer of Judgment to the Plaintiff, CARMEN BLANCO, in the amount of **FIVE THOUSAND DOLLARS AND 00/100 CENTS ($5,000.00)**. This Offer of Judgment is being made with the express condition that, should the Plaintiff will accept this offer, Plaintiff will dismiss its claim against this Defendant with prejudice and sign a general release which is acceptable to the Plaintiff

Blanco v. Moore, etc., et al.
CASE NO. 00-6006-CIV-ZLOCH
Page 2

and this Defendant. It is also an express condition to this Offer of Judgment that the underlying Plaintiffs also sign a release stating they agree not to sue this Defendant in this matter.

    KUBICKI DRAPER
    Attorneys for Defendants
    City National Bank Building
    25 West Flagler Street, PH
    Miami, Florida  33130
    Tel: (305) 982-6612
    Fax. (305) 374-7846

    By: _____
        ELIZABETH M. RODRIGUEZ
        Florida Bar No. 821690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent by facsimile and U.S. Mail this 2nd day of October, 2001, to: ANDREW S. HENSCHEL, ESQ., Henschel and Henschel, P.A., 951 NE 167 Street, Suite 205, North Miami Beach, FL 33162.